UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAFAEL JOSE ROMERO LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1090-R |
| | ) | |
| WARDEN/ADMINISTRATOR OF | ) | |
| DIAMONDBACK CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner Rafael Jose Romero Lopez, proceeding pro se, filed a Petition for Writ of Habeas Corpus, Doc. 1, and Supplemental Memorandum in Support of Petition, Doc. 6.

Upon review of this matter, the Court notes that Respondents have taken the position that 8 U.S.C. § 1225(b)(1) instead of § 1226 governs Petitioner's detention. Doc. 11. This was before the United States Court of Appeals for the Tenth Circuit issued its decision in *Santillan Quiroz v. Mullin.* No. 26-6019, 2026 WL 1876709 (10th Cir. June 30, 2026). In addition, the undersigned is aware from the filings that Petitioner had a pending appeal before the Board of Immigration Appeals at the time of Respondents' filing on May 27, 2026. Doc. 11 at 2.

The Court **ORDERS** Respondents to respond to this Order by **July 31, 2026,** with their positions regarding whether *Santillan Quiroz* or any development in the Immigration Court impacts the disposition of this habeas detention matter, as Petitioner currently remains detained.

**IT IS SO ORDERED** this 22nd day of July, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE